### 439.  GROOVER, CONOLY & DAVIS *v.* MELTON.

POWELL, J.  This case is controlled by the decisions of the Supreme
Court in the cases of *Harris* v. *Kittle*, 119 *Ga.* 30 (2), 45 S. E. 729,,
*McCrory* v. *Hall*, 104 *Ga.* 666, 30 S. E. 881, *Smith* v. *Brown*, 96 *Ga.*
274, 23 S. E. 849, *New Eng. Mge. Co.* v. *Watson*, 99 *Ga.* 733, 27 S. E.
160, and *Baker* v. *Aultman*, 107 *Ga.* 339, 33 S. E. 423, 73 Am. St. R.
132, holding that some overt act of constructive seizure by the levy-
ing officer is essential to the validity of the levy of an attachment upon
real estate.                                    *Judgment affirmed.*

Affidavit of illegality, from city court of Quitman—Judge
Shipp presiding.  March 11, 1907.

Submitted June 25,—Decided July 4, 1907.

*Samuel S. Bennet, Stanley S. Bennet,* for plaintiffs in error.

*J. A. Wilkes,* contra.